# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**

MEUDY ALBAN OSIO in her personal capacity and in her capacity as the personal representative of the Estate of FERNANDO ALBERTO ALBAN, FERNANDO ALBAN OSIO, and MARIA FERNANDA ALBAN OSIO

**Attorney's** (Firm Name, Address, and Telephone Number)

Lundin PLLC, 405 Lexington Ave., 26th Fllor, NY, NY, 10174, Tel: (212) 541-2402, email jlundin@lundinpllc.com

**DEFENDANTS**

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; and TAREK WILLIAM SAAB

**Attorneys (If Known)**

n/a

**DESCRIPTION OF CASE**

Application for Writ of Garnishment

**Has this or a similar case been previously filed in SDNY ?**

No? ✓    Yes? ☐    Judge Previously Assigned _____

If yes, was this case: Vol. ☐    Invol. ☐    Dismissed. No ☐    Yes ☐

If yes, give date: _____    & Case No. _____

**NATURE OF CASE**

- ☐ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☐ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition

- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order from Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case in This Court
- ☐ M 49 Order Denying Commencement of Civil Action
- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ✓ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ✓ M 94 Other  Appointment of Special Process Server
- ☐ M 98 Application to file a civil case under seal.
- ☐ M 100 Motion to Unseal – Criminal Duty Matter
- ☐ M 101 Motion to Unseal – Criminal
- ☐ M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE: Andrew L. Carter, Jr.    MISCELLANEOUS CASE NUMBER: 1:24-mc-450

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

Prior proceeding was to domesticate S.D. Fl. Judgment. Current proceeding is for Writ of Garnishment on that judgment

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Meudy Alban Osio in her personal capacity and as executor of the estate of Fernando Alberto Alban, Fernando Alban Osio, and Maria Fernanda Alban Osio

c/o
Jaime D. Guttman, Esq.
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Cartel of the Suns
Care of Oliver Antonio Alcala Cordones
Putnam County Jail
3 County Center
Carmel, NY 10512

Nestor Luis Reverol Torres
Ministerio del Poder Popular de Relaciones Interiores
y Justicia Avenida Urdaneta
Esquina Platanal
Codigo Postal 1010, Distrito Capital
Caracas, Venezuela

Fuerzas Armada Revolucionarias De Columbia
Care of Juvenal Ovidio Ricardo Palmera Pineda
BOP Inmate No. 27896-016
USP Florence Admax
5880 Highway 67 South
Florence, CO 81226

Nicolas Maduro Moros
Ministerio del Poder Popular del Despacho de la Presidencia
Palacio de Miraflores Final Avenida Urdaneta
Esquina de Bolero Codigo Postal 1010
Distrito Capital Caracas, Venezuela

Maikel Jose Moreno Perez
Palacio de Justicia Tribunal Supremo de Justicia
Final Avenida Baralt Esquina Dos Pilitas, Foro Libertado
Codigo Postal 1010
Distrito Capital Caracas, Venezuela

Tarek William Saab
Ministerio Publico Fiscal General
Avenida Mexico Esquina de Pele Ojo a Misericordia
Codigo Postal 1011
Distrito Capital Caracas, Venezuela

Vladimir Padrino Lopez
Ministerio del Poder Popular de Defensa
Avenida Los Proceres, Fuerte Tiuna,
Parroquia El Valle
Municpo Libertador, Codigo Postal 1090
Caracas, Venezuela

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE    No [ ]    Yes [✓]

CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]    MANHATTAN [✓]

**SIGNATURE OF ATTORNEY OF RECORD**

/s/ John M. Lundin

RECEIPT #

Daniel Ortiz, Acting Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

[ ] U.S. GOVERNMENT ATTORNEY
[ ] NO
[✓] YES (DATE ADMITTED (MM/YY) 01/01 )
ATTORNEY BAR CODE # JL0733

Dated: 09/10/2025