## United States District Court
### SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____     DOCKET NO. 1:25-mc-390

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

     YOU ARE COMMANDED, that of the goods and chattels of the Judgment Debtors, a "terrorist organization" who committed "terrorist activity" under 8 U.S.C. § 1182(a)(3)(B)(iii), and any agency or instrumentality thereof, including assets blocked by the U.S. Treasury Department Office of Foreign Assets Control ("OFAC") identified in Exhibit 1 hereto, in your district you cause to be made the sum of Two Hundred Seventeen Million ($217,000,000.00), which is the current outstanding balance on the judgment in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, ALBAN OSIO et al., recovered against NICOLAS MADURO MOROS, ET AL the said Judgment Debtors, as appears by the record *Alban Osio et al v. Maduro Moros,* 21-cv-20706-DPG (S.D. Fla.), and registered in this District pursuant to 28 U.S.C. §1963 in SDNY Case No. 1: 2024-mc-00450 on the 7th day of October in the year of 2024, and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands so ever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

     WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the \_\_\_ day of _____ in the year 2025, and of the Independence of the United States the two hundred forty-ninth year.

_____
CLERK

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Plaintiffs, ALBAN OSIO et al.,

-against-

Defendant, NICOLAS MADURO MOROS, ET AL, a "terrorist organization"
who committed "terrorist activity" under 8 U.S.C. § 1182(a)(3)(B)(iii), and any agency or instrumentality thereof

## EXECUTION AGAINST PROPERTY

Jaime D. Guttman, Esq.
jaime@scale.law
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)
*Attorneys for Plaintiffs*

Borough of Manhattan City of New York

To the U.S. Marshal/Special Process Server:
You will levy and collect Two Hundred Seventeen Million ($217,000,000.00), besides your fees, etc.

_____/s/_____
Jamie D. Guttman

# **EXHIBIT 1**

Blocked accounts held by:

TCP PETCOKE CORPORATION, *90 Park Avenue, 26th Floor, New York, NY 10016*
Related to Petrocedeno S.A.

JPMORGAN CHASE BANK, N.A. related to Petrocedeno S.A., including but not limited to, Account No. xxxxx2927

SUMITOMO MITSUI BANKING CORP.*, 277 Park Avenue, New York, NY 10172*
Related to Petrocedeno S.A. including but not limited to (SUN# 144382; OFAC Block Account 346715)