**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:21-cv-20706-DPG**

MEUDY ALBÁN OSIO in her personal capacity
And in her capacity as the personal representative
of the Estate of FERNANDO ALBERTO ALBÁN,
FERNANDO ALBÁN OSIOhi, and MARIA
FERNANDA ALBÁN OSIO,

      Judgment Creditors / Plaintiffs,

v.

NICOLAS MADURO MOROS,
FUERZAS ARMADA REVOLUCIONARIAS
DE COLUMBIA ("FARC"); THE CARTEL OF
THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL
JOSE MORENO PEREZ; NESTOR LUIS
REVEROL TORRES; and TAREK WILLIAM
SAAB

      Judgment Debtors / Defendants,

_____/

## DECLARATION OF DOUGLAS C. FARAH

**I.**    **Qualifications**

1.     My name is Douglas C. Farah, and I am personally familiar with the contents of this affidavit. My Curriculum Vitae is attached as **Exhibit A.**

2.     I am the President of IBI Consultants, LLC (http://www.ibiconsultants.net) ("IBI") since December 2004. IBI Consultants is contracted to investigate, research and write unclassified and classified work product on Counternarcotics and Global Threats, including terrorism.

3.     I am a recognized Subject Matter Expert ("SME") for the Department of Defense and other U.S. Government agencies on the subject matter areas of: (i) illicit drug trafficking; (ii) the relationship among different global terrorist organizations to state and non-state actors in

1

Latin America; (iii) the global criminal-terrorist nexus; and (iv) the illegal conduct of the Maduro Regime and the Cartel of the Suns, including their narcoterrorism and their efforts to evade US sanctions. I am or have been in the past nine years a SME for the aforementioned categories on multiple Department of Defense and other government agency programs and projects.

4.    I directly supported the office of the Deputy Assistant Secretary of Defense for Counternarcotics and Global Threats ("DAS-D CNGT") as SME for Latin America from 2014 to 2022, the last seven years through the Institute for National Strategic Studies ("INSS") at National Defense University. My topics of research included Maduro, the Maduro Regime, the Cartel of the Suns, and criminal conduct of what we have defined as the Bolivarian Joint Criminal Enterprise, where the Venezuelan regimes uses transnational organized crime as an instrument of state policy.[1] During this time, I received annual outstanding performance reviews from multiple US government agencies and departments.

5.    In addition to my work with DAS-D CNGT, I have done consulting as SME for: (i) U.S. Special Operations Command ("USSOCOM") on Latin American security issues including Central American gangs and Iranian sanctions busting activities; (ii) an office of the U.S. intelligence community leading a study on the structure and operations of the Cartel of the Suns; (iii) the Defense Threat Reduction Agency ("DOD-DTRA") on long range threat of Iran in Latin America; (iv) Homeland Security Institute on human smuggling and bulk cash shipments to Mexico; (v) National Endowment for Democracy on press freedoms in Latin America; (vi) U.S. Southern Command ("USSOUTHCOM") on mapping regional threat networks; (vii) the Rand

---

[1] Douglas Farah, "The Maduro Regime's Illicit Activities: A Threat to Democracy in Venezuela and Security in Latin America," Atlantic Council, August 2020, accessed at: https://www.atlanticcouncil.org/wp-content/uploads/2020/08/The-Maduro-Regime-Illicit-Activities-A-Threat-to-Democracy-in-Venezuela-and-Security-in-Latin-America-Final.pdf

Corporation, on transnational criminal pipelines in Latin America; (viii) World Bank on commodities and conflict; (ix) Woodrow Wilson Center for International Scholars on transnational organized crime in Central America; (x) numerous war games for the U.S. Army's Asymmetrical Warfare Group, Johns Hopkins Applied Physics Laboratory; and (xi) Department of State Bureau of Conflict and Stabilization Operations.

6.      In addition to being President of IBI, I was a Senior Visiting Fellow at the Center for Strategic Research at the Institute for National Strategic Studies of National Defense University, a position I held from September 2016 to September 2022.

7.      I have testified before Congress on 15 occasions as a SME on terrorism in Latin America, including on issues related to the Maduro regime in Venezuela, the Cartel of the Suns and the illicit trafficking of narcotics and evasion of U.S. sanctions.  See **Exhibit A** for full list of Congressional testimony, but the most relevant are:  (i) February 16, 2012 before the Senate Committee on Foreign Relations, Subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; (ii) March 17, 2015 Senate Foreign Relations Subcommittee on Western Hemisphere, Transnational Crime, Civilian Security, Democracy, Human Rights and Global Women's Issues, "Deepening Political and Economic Crisis in Venezuela: Implications for U.S. Interests and the Western Hemisphere;" (iii) May 21, 2015, House Committee on Financial Services Task Force to Investigate Terrorism Financing, "Dangerous Nexus: Terrorism, Crime and Corruption;" (iv) June 23, 2016 House Financial Services Committee Task Force to Investigate Terrorism Financing, "The Next Terrorist Financiers: Stopping Them Before They Start;" and (v) September 12, 2017 Senate Caucus on International Narcotics Control, "Adapting U.S. Counternarcotics Efforts in Colombia;" (vi) June 7, 2023, House Committee on Homeland

Security Subcommittee on Counterterrorism, Law Enforcement and Intelligence, "Transnational Criminal Organizations: The Menacing Threat to the Homeland."

8. I lecture frequently at many U.S. Government institutions and top universities. The topics include Venezuela's transformation into a criminalized state under the Maduro regime, its money laundering and sanctions evasion apparatus, and the criminal-terrorist nexus in Latin America.

9. I hold an active Top Secret Security Clearance.

10. From 1987 to 2004, I held various positions with the Washington Post, including Bureau Chief for West Africa, International Investigative Reporter, and Bureau Chief for Central America and the Caribbean. While on the Post's staff, I covered a wide variety of topics, including narcotics trafficking in Latin American and the United States.

11. I have published two books, chapters in four other books, and numerous monographs and articles in peer reviewed academic journals. I have also published dozens of magazine articles and op-eds. The books are (i): *Blood From Stones: The Secret Financial Network of Terror*, (Broadway Books, New York May 2004), examining al Qaeda and Hezbollah's role in the West African blood diamond trade; (ii) *Merchant of Death: Money, Guns, Planes and the Man Who Makes War Possible*, with Stephen Braun, on the Russian weapons merchant Viktor Bout.

12. My monographs and chapters have garnered significant academic attention, especially relevant here: (i) "Transnational Organized Crime, Terrorism and Criminalized States in Latin America: An Emerging Tier-One National Security Priority" (a monograph for the U.S. Army War College Strategic Studies Institute, August 2012); (ii) "Fixers, Super Fixers and Shadow Facilitators: How Networks Connect," a chapter in the highly acclaimed book *Convergence: Illicit Networks and National Security in the Age of Globalization*, published by

National Defense University (2012), focusing on how criminal and terrorist networks connect; (iii) "The Advance of Radical Populist Doctrine in Latin America: How the Bolivarian Alliance is Remaking Military, Dismantling Democracy and Combatting the Empire," published in the academic journal *PRISM*, edited by the Center for Complex Operations at National Defense University (June 2015); (iv) "The Maduro Regime's Illicit Activities: A Threat to Democracy in Venezuela and Security in Latin America," published by The Atlantic Council (August 2020); and (v) "Turmoil in the Western Hemisphere: The Role of the Bolivarian Joint Criminal Enterprise in Latin America's Unrest," (with Caitlyn Yates), published by the William Perry Center at National Defense University (March 2020).

13.    The United States District Court for the Southern District of Florida relied upon my declaration in reaching the conclusion a subsidiary of the Venezuela state oil company, Petroleos de Venezuela ("PDVSA") is an agency or instrumentality of the Cartel of the Suns, which is a judgment debtor in this matter. *Albán v. Maduro*, 21-cv-20706 (S.D. Fla.), ECF No. 173, at 6-7, 8 (describing me as "a recognized Subject Matter Expert for the Department of Defense on the illegal conduct of Mr. Maduro and the Defendant-cartel among other relevant matters").

14.    A full list of publications is listed on my Curriculum Vitae (**Exhibit A**) and is available upon request.

## II.    <u>Opinions and Sources</u>

15.    My opinions are based on my education, training and approximately 38 years of experience in Latin America and also based upon my research, field work and academic study. This includes extensive work in the fields of terrorism, counter-narcotics, sanctions and sanctions evasion, global threats and stability, designated terrorist organizations, Foreign Terrorist Organizations, and transnational criminal organizations. Much of this work specifically focuses

on the Maduro Regime and the Cartel of the Suns, current and former Venezuelan government officials and their associates, front companies and front men, modalities of money laundering and sanctions evasion networks, couriers, and transporters. I have conducted field work on these particular issues for a period of more than 10 years, with document collection and interviews spanning more than eleven countries.

16.    My opinions are also based upon my experience and investigation into the formation and operations of criminalized states, and stateless or "black holes" where terrorist/criminal organizations seek to conduct their illegal activity and build their illegal relationships. My opinions are also based on my extensive fieldwork and investigations and the opportunity to frequently update my information. This includes multiple interviews with overseas sources actually involved in the world of illicit trade, including the smuggling of narcotics, and those working with and for the Maduro regime that have direct knowledge of the variety of ways that the Maduro regime launders money. These sources include recent defectors from the Maduro regime who were aware of or participated in drug trafficking, money laundering, sanctions evasion, and related criminal activities.

17.    My opinions are also based upon publicly available U.S. Government indictments and designations of key individuals and entities that make up the Cartel of the Suns and the broader Maduro Criminal Enterprise.

18.    The foregoing sources and research are routinely relied upon and exchanged by peers, senior members of the U.S. government, Congress and other experts in the fields of counter-terrorism, counter-narcotics and the illegal convergence that undergird these criminal and terrorist relationships and activities. This includes the Cartel's cocaine distribution and money laundering.

19.     I have reached my opinions by following the same rigorous analytical framework as used in the investigation of terrorism, narco-terrorism, money laundering and sanctions evasion, transnational organized crime, emerging threats and failed states and the relationships between actors involved in those subject areas. I have used this framework in testifying before the U.S. Congress, and U.S. Government agencies, including the Department of Defense ("DOD"). Under that analytical framework, I first use categories of information routinely used by experts in the aforementioned subject areas. Second, I collect, compare, and contrast information from multiple sources, placing the greatest weight on original sources (e.g., witnesses with whom I have spoken, original source documents that I have reviewed, and site visits). I seldom have relied, and never have exclusively relied, upon secondary sources (e.g., news media, blogs) to reach any of the opinions set forth herein. Third, I analyze the foregoing information and apply my education, experience, and knowledge to that information to arrive at my opinions.

20.     I have reviewed the standard for determination of agency and instrumentality of the terrorist parties (such as Maduro and the Cartel of the Suns, in this case), as set forth and approved by the Eleventh Circuit in *Stansell v. FARC*, 771 F.3d 713, 732 (11th Cir. 2014) and by the Second Circuit in *Kirschenbaum v. Assa Corp*, 934 F.3d 191 (2d. Cir. 2019).

21.     I am not a lawyer and I am not providing a legal opinion. I use the Eleventh and Second Circuit's definitions of an "agency or instrumentality" to provide the expert opinion below, describing the nexus between Maduro, the Cartel of the Suns, and PetroCedeño (a PDVSA subsidiary), including their joint criminal enterprises connected to one or more of these entities in the United States.

III.    **PetroCedeño is an Instrumentality of Maduro, the Individual Defendants and the Cartel of the Suns.**

a.    **Structure, Ownership and Operations of PetroCedeño.**

7

22.      PetroCedeño was formed as a joint venture between PDVSA, TotalEnergies S.E. (a French energy company) and Equinor ASA (a Norwegian energy company). Such joint ventures are a common PDVSA practice in order to allow subsidiaries to create the maximum profits for the foreign partner.[2] Initially, the ownership was divided with PDVSA holding a majority stake (60%) and the minority split between Total (approx. 30%) and Equinor (approx. 10%).[3] In 2021, PDVSA took over 100% of PetroCedeño.[4]

23.      PetroCedeño, as a subsidiary of PDVSA, is subject to U.S. sanctions imposed on the Venezuelan oil sector. These sanctions are intended to limit the Maduro Regime's access to revenue and prevent the use of oil proceeds for illicit purposes.[5]

24.      PetroCedeño operates in the Orinoco Belt, one of the world's largest oil reserves. It produces and upgrades extra-heavy oil from the Orinoco Belt into a more marketable product (lighter synthetic crude oil, known as syncrude). The PetroCedeño project includes an upgrader that converts extra-heavy crude oil into a more marketable product, which has suffered from issues such as unexplained fires.[6]

---

[2] See the cases of Alba Petróleos El Salvador, Albanisa Nicaragua, Alba Caribe; *see* Douglas Farah, "How to Make a Billion Dollars Disappear," IBI Consultants, September 2020, https://www.ibiconsultants.net/_upload/mediaandpublications/document/nb-and-alba-petroleos-final.pdf

[3] See Press Release, TotalEnergies, Venezuela: TotalEnergies Exists from PetroCedeño (July 29, 2021), available at https://totalenergies.com/media/news/press-releases/venezuela-totalenergies-exits-petrocedeno.

[4] *Id.*

[5] U.S. Department of the Treasury, "Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A.," January 28, 2019. Available at: https://home.treasury.gov/news/press-releases/sm590

[6] Venezuela's PDVSA says fire controlled at Petrocedeno crude upgrader, Reuters (July 30, 2013), available at https://www.reuters.com/article/markets/us/venezuelas-pdvsa-says-fire-controlled-at-petrocedeno-crude-upgrader-idUSL1N0G01SC/.

### b. PetroCedeño's Ongoing Role in Maduro's Kleptocracy.

25.     PetroCedeño plays an important role in supporting Maduro's kleptocracy and theft of assets rightfully belonging to the Venezuela people.

26.     I am familiar with PetroCedeño's operations, ownership structure, and its susceptibility to exploitation for illicit financial activities by the Maduro Regime and associated entities, including the Cartel of the Suns.  I have also reviewed and analyzed reports and financial information, including and reports from confidential sources, as well as publicly available reports, related to PetroCedeño and its use in schemes to facilitate illicit transactions that support the Maduro Regime.

27.     Among other things, Maduro has pilfered hundreds of billions of dollars through the state oil monopoly over the last two decades by exaggerating production figures, inflating contract invoicing and using hand-selected contracting firms that bribed officials.

28.     For example, Lennys Rangel was head of procurement at PetroCedeño from March 2015 to in or around December 2015.[7]  During that time, Rengal received millions of dollars in bribes in exchange for assisting certain contractors (selected by senior PDVSA officials) to gain improper advantages, thereby ensuring that the contractors that paid bribes would be awarded the lucrative PetroCedeño contracts.[8]  Eduordo Orsoni, the general counsel of PetroCedeño from 2009 to 2013, (who was held other position as PDVSA and its subsidiaries from 2007 to 2018), also received millions of dollars in bribes in exchange for directing contracts to certain contractors, in accordance with instructions from senior PDVSA officials.[9]  Similarly, Jhonnatan Teodoro Marin

---

[7] *See United States v. Rangel*, 19-cr-20726 (S.D. Fla.), ECF No. 22 (Factual Proffer), at 1.

[8] *Id.* at 2.

[9] *See United States v. Orsoni*, 19-cr-20725 (S.D. Fla.), ECF No. 25 (Factual Proffer), at 1-3.

Sanguino ("Marin Sanguino") served as mayor of Guanta, a port city in the Orinoco belt of Venezuela (where PetroCedeño operates) from in or around 2008 until in or around 2017. In April 2022, Marin Sanguino was indicted in the U.S. District Court for the Southern District of Florida for, among others, money laundering.[10] Marin Sanguino's money laundering conspiracy included "companies [that] received tens of millions of dollars in payments on contracts from the PDVSA Subsidiaries [including PetroCedeño] into bank accounts in South Florida."[11] Like Rangel and Orsoni, Marin Sanguino, once bribed, used his influence to help ensure that companies providing him with payoff would receive PetroCedeño contracts.

29.    As noted above, the contractors permitted to participate in this bribery scheme were hand selected by senior PDVSA officials. Those choices, in turn, would have had to have been approved by Maduro, who would have benefited from the bribery scheme either monetarily (e.g., through a share of the profits earned by the selected contractors), politically (e.g., through the ability to reward cronies with lucrative opportunities to extract money from PetroCedeño), or both.

### c. PetroCedeño's Ongoing Role In the Broader PDVSA Money Laundering Network

30.    PetroCedeño also plays an important role in supporting money laundering on behalf of Maduro and the Cartel that is orchestrated by PetroCedeño's parent, PDVSA.

31.    My experience includes assessing the methods used to obscure the true beneficial ownership and control of funds flowing through PetroCedeño and related entities. I am also familiar with specific instances where PetroCedeño was used as a vehicle for illicit financial flows on behalf of Maduro and the Cartel of the Suns.

---

[10] *See United States v. Marin Sanguino*, 22-cr-20164 (S.D. Fla.), ECF No. 18 (Factual Proffer), at 1-3.

[11] *Id.*

32.     I have also reviewed and analyzed reports and financial information, including reports from confidential sources, as well as publicly available reports, related to PetroCedeño and its use in schemes to evade U.S. and international sanctions and launder money derived from narcotics trafficking and other illegal activities.

33.     PetroCedeño, like much of Venezuela's oil industry, has faced significant operational challenges, including power outages, lack of maintenance, and shortages of diluents needed to process the heavy crude.  These disruptions, while sometimes due to infrastructure issues, can also be exploited to create opportunities for illicit activities and to obscure the true volume of oil being produced and exported.

34.     The schemes in which PetroCedeño has been implicated often involve the use of opaque financial structures, shell companies, and third-party intermediaries to obscure the origin and destination of funds. The involvement of foreign entities, particularly from countries with less stringent financial regulations, further complicates efforts to track these illicit flows. While some individuals have been successfully prosecuted in the US,[12] the network created by members of the Maduro Regime, the Cartel of the Suns, and the Individual Defendants remains vast, and the sums transacted in these illicit transfers extremely large.

35.     In some (but by no means all) instances, PDVSA and its subsidiaries, including PetroCedeño, have been publicly implicated in various schemes to evade sanctions, launder money, and engage in corruption on behalf of Maduro, the Cartel and the Individual Defendants.

---

[12] E.g. U.S. Department of Justice, "Former Venezuelan National Treasurer and Her Husband Charged in Connection With International Bribery and Money Laundering Scheme," December 18, 2018. Available at: https://www.justice.gov/opa/pr/former-venezuelan-national-treasurer-and-her-husband-charged-connection-international-bribery

11

36.     By way of background, in the early 2000s, PDVSA used to generate over $100 billion a year in legitimate oil sales.  Because of the amount of money that PDVSA was moving for lawful purposes, and the fact that the funds flowed around the world, PDVSA became the key hub of a multi-billion dollar money laundering system on behalf of Maduro and Cartel.  Moreover, because PDVSA was engaging in US Dollar denominated transactions, its money laundering transactions cleared through the United States.

37.     As PDVSA's role in money laundering for the Cartel expanded, the Cartel— working closely with PDVSA—became a one-stop-shop for narcotics traffickers throughout the region.  Many criminal organizations could obtain chemicals needed for narcotics production as well as launder their ill-gotten gains through PDVSA, with PDVSA and the Cartel reaping additional profits for these money laundering services.

38.     Maduro, through PDVSA and directly, controls PetroCedeño, which they then use as a tool to facilitate PDVSA money laundering.  To begin, given PDVSA's ownership of PetroCedeño, significant control and oversight (including board representation) originates from PDVSA leadership, such as current CEO of PDVSA Hector Obregon, who (like his predecessor) was appointed by Maduro.  On January 10, 2025, OFAC sanctioned Obregon for his role in "enabling Nicolas Maduro's repression and subversion of democracy in Venezuela."[13]

39.     Notably, whoever Maduro happens to install to a role in PDVSA's leadership is able to reap vast sums of money for themselves, personally, by laundering drug profits.  To avoid internal conflicts and jealousies, members of the Maduro Criminal Enterprise regularly rotated PDVSA's senior executive, board, and other leadership posts amongst senior insiders in the

---

[13] OFAC, Press Release, Treasury Sanctions Venezuelan Officials Supporting Nicolas Maduro's Repression and Illegitimate Claim to Power (Jan. 10, 2025), available at https://home.treasury.gov/news/press-releases/jy2778.

Maduro Criminal Enterprise in order for everyone to have the opportunity to participate in reaping the illicit gains. PetroCedeño exhibits characteristics of a Venezuelan organization corrupted by, and beholden to, Maduro, the Individual Defendants and the Cartel of the Suns.  The current president of PetroCedeño, Renny Chacin, fits the foregoing profile. He is a career PDVSA official and regime loyalist.

40.    Moreover, Maduro is responsible for appointing the key leadership of PetroCedeño's parent, PDVSA, including the company's President and Vice Presidents. Recent examples include the appointment of Hector Andres Obregon Perez as PDVSA President in August 2024,  and Jovanny Martinez as Executive Vice President in early 2025. Notably, these appointments often favor military officers or individuals with strong political ties to Maduro's party, the United Socialist Party of Venezuela (PSUV), reinforcing the regime's grip on the company.

41.    In short, Maduro's choices for PDVSA and its subsidiaries including PetroCedeño are part of a pattern of regime corruption that reinforces the conclusion that the entire PDVSA organization, including its subsidiary PetroCedeño, operates to support Maduro's illegitimate criminal operations and authoritarian control of Venezuela.

### d. OFAC's Designation Blocking PetroCedeño

42.    On January 28, 2019, OFAC blocked PetroCedeño' parent entity, PDVSA.  This had the effect of blocking Petromonagas as well.  I agree with the conclusion of OFAC that entities under PDVSA, including PetroCedeño, have become tools of Maduro and his inner circle of political, military and family cronies.  For this and the reasons set forth above, I conclude that PetroCedeño is and remains an instrumentality of Maduro, the Cartel and the Individual Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 5, 2025

_____

Douglas Farah

14

**Name:** Douglas Charles Farah
**DOB:** July 22, 1957
**Marital Status:** Married, three children
**Languages: Spanish:** Native speaking, reading and writing. **French:** Fair speaking, comprehension, reading.
**Address:** 7721 Garland Ave., Takoma Park, MD 20912
**Telephone:** 202-360-0802
**E-Mail**: dfarah@ibiconsultants.net

## Educational Background:

**December 1974:** Graduated from the American Cooperative School, La Paz, Bolivia.

**1985:** B.S. with highest honors from the William Allen White School of Journalism, University of Kansas; B.A. with honors in Latin American Studies, University of Kansas, Lawrence, Kansas.

## Professional Work Experience

**Current Position:** President, IBI Consultants (http://www.ibiconsultants.net ), 2005 to present; Senior adviser, International Coalition Against Illicit Economies (ICAIE), June 2023 to present. Active Top Secret Clearance.

## Current and Recent Engagements:

- Project lead for ICAIE project on illicit economies in the Southern Cone:

- Project lead for Rockefeller Brothers Foundation project on democratic governance in Central America, leading a five person team to produce the final study (November 2024);

- September 2022 to October 2023: Project lead for United States Institute of Peace (USIP) project, "Russian Influence Operations in Latin America," leading nine-person team to research and produce final report;

- September 2014-September 2022: Project leader for Western Hemisphere Illicit Networks Review project, Institute for National Strategic Studies, National Defense University, leading seven person team researching transnational organized crimes networks, gangs, Russian organized, and the Iranian Threat Network, with close coordination/briefings (Classified and Unclassified) with USSOUTHCOM, USSOCOM, NSC and interagency senior leadership. The project was in direct support of the Deputy Assistant Secretary of Defense for Counternarcotics and Global Threats.

- Latin America Project lead for P3 on JIATF-S/USSOUTHCOM Key Influencer Networks in Colombia and Guatemala;

- Project lead for Organization of American States/Department of Transnational Organized Crime on illicit gold flows in Guyana and Suriname;

- Department of State/CSO on the Central American refugee crisis;

- CSIS Central America project on violence in Central America;

- Homeland Security Study and Analysis Institute human smuggling project;

- Subject Matter Expert with the U.S. Army's Asymmetrical Warfare Group, Johns Hopkins Applied Physics Laboratory.

**Ongoing Activities:** Frequent lecturer at U.S. government institutions including: DHS on Central America migration and weapons trafficking; Special Forces Command, Tampa, Fla.; Special Warfare Group, Ft. Bragg, NC; National Ground Intelligence Center; U.S. Southern Command; National Defense University Center for Hemispheric Defense Studies; U.S. Army War College, Foreign Service Institute. Guest speaker at universities (Yale, Tufts, National Defense University, American University, Georgetown University, Syracuse University, University of Pittsburgh and others), and policy groups (American Enterprise Institute, CSIS, Inter American Dialogue, Brookings Institution, the Middle East Forum, the Woodrow Wilson International Center for Scholars, the Center for American Progress, Hudson Institute).

**Testimony Before Congress**; April 1, 2004, before the House Committee on International Relations, Africa Subcommittee; Feb. 16, 2005, House Financial Services Committee, Subcommittee on Oversight and Investigations; July 31, 2008, House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation and Trade; June 23 2009 before the Senate Foreign Relations Committee, Subcommittee on Africa Affairs; Oct. 27, 2009 before the House Committee on Foreign Relations, joint subcommittees on the Western Hemisphere, Near East and Terrorism; July 7, 2011 before the House Homeland Security Subcommittee on Counterterrorism and Intelligence; October 12, 2011 before the House Committee on Foreign Relations, Subcommittee on Oversight and Investigations; July 12, 2011 before the House Committee on Foreign Relations Subcommittee on Terrorism, Nonproliferation and Trade; December 15, 2011before the Senate Committee on Foreign Relations subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; February 16, 2012 before the Senate Committee on Foreign Relations, Subcommittee on Western Hemisphere, Peace Corps and Global Narcotics Affairs; November 16, 2012 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management; July 9, 2013 before the House Committee on Homeland Security Subcommittee on Oversight, Investigations and Management, "Threat to the Homeland: Iran's Expanding Influence in the Western Hemisphere;" February 4, 2014, before the House Committee on Foreign Relations Subcommittee on Terrorism, Nonproliferation and Trade, "Terrorist Groups in

Latin America: The Changing Landscape;" March 17, 2015, before the Senate Foreign Relations Subcommittee on Western Hemisphere, Transnational Crime, Civilian Security, Democracy, Human Rights and Global Women's Issues, "Deepening Political and Economic Crisis in Venezuela: Implications for U.S. Interests and the Western Hemisphere;" May 21, 2015, House Committee on Financial Services Task Force to Investigate Terrorism Financing, "Dangerous Nexus: Terrorism, Crime and Corruption;" September 12, 2017, before the Senate Caucus on International Narcotics Control, "Adapting US Counternarcotics Efforts in Colombia;" June 7, 2023, House Committee on Homeland Security Subcommittee on Counterterrorism, Law Enforcement and Intelligence, "Transnational Criminal Organizations: The Menacing Threat to the U.S. Homeland."

**Recent Consulting**: US Special Operations Command (SOCOM) on Latin American security issues, including Central American gangs and Iranian sanctions busting activities; American Enterprise Institute (AEI) on threat networks in Central America and Colombia; Contract work for the Defense Threat Reduction Agency (DOD-DTRA) on long range threat of Iran in Latin America; Homeland Security Institute on human smuggling and bulk cash shipments to Mexico; National Endowment for Democracy/IRI on Chinese influence in Panama and El Salvador/Russia and PRC influence in Argentina and Chile; U.S. Southern Command-Florida International University Partnership on threats from Latin America; the Rand Corporation; World Bank on commodities and conflict; Woodrow Wilson Center for International Scholars on transnational organized crime in Central America; New York University Center for International Cooperation on commodities and conflict.

## Employment History

**December 2004-Present:** President, IBI Consultants, LLC.

**January 2004-September 2004:** Senior Fellow, Consortium for the Study of Intelligence, Washington, D.C. Work included analyzing effective methods of intelligence reform; organization of conferences to study how different insurgent groups gather intelligence; analyzing and writing on different types of armed groups that operate in stateless areas.

**March 2002-January 2004:** Member of the *Washington Post* investigative staff, writing on terror finance and radical Islamic groups.

**March 2000-March 2003:** *Washington Post* bureau chief for West Africa, based in Abidjan, Ivory Coast. Forced to leave in December 2001 because of death threats. Broke the story of al Qaeda's ties to "blood diamonds" and the Liberian regime of Charles Taylor.

**June 1997-March 2000:** *Washington Post* international investigative reporter, covering drug trafficking and organized crime, including the emergence of Russian organized

crime groups in the Caribbean, and the growth of Mexican drug cartels within the United States.

**April 1992-June 1997:** *Washington Post* bureau chief for Central America and the Caribbean, based in San Salvador, El Salvador. Covered the drug wars in Colombia; Haiti, including the 1994 U.S. occupation; and the rise of HIV/AIDS across the region. Traveled more than a dozen times to Cuba.

**January 1990-April 1992:** On contract with *The Washington Post* and *Newsweek*, based in Bogotá, Colombia, to cover the drug war in the Andean region. Covered the rise and fall of Pablo Escobar and the Medellin cartel and the rise of Cali cartel.

**June 1987-January 1990:** Freelance reporter contributing to the *Washington Post, The Boston Globe* and *US News & World Report,* based in San Salvador, El Salvador. Covered the Central American wars in El Salvador, Nicaragua and Honduras.

**June 1985-June 1987:** *United Press International* bureau chief for El Salvador and Honduras, covering the wars in the region.

**1978-1981**: Assistant to the director, Project for Integrated Development, a USAID-funded development program in Santa Cruz, Bolivia.

**1975-1978:** Traveling in Latin America and Europe.

## Awards

1988 Sigma Delta Chi Distinguished Service Award for *Washington Post* series on death squads in El Salvador.

1995 Maria Moors Cabot Prize, Columbia University, for outstanding coverage of Latin America

1997 Johns Hopkins SAIS Recognition of Excellence in International Reporting for *Washington Post Magazine* piece on drug corruption in Colombia.

## List of Publications

**Books:** Merchant of Death: Money, Guns, Planes and the Man Who Makes War Possible, J. Wiley Publishers, (August 2007)

Blood From Stones: The Secret Financial Network of Terror, Broadway Books, New York, May 2004.

Counternetwork: Countering the Expansion of Transnational Criminal Networks (with Rabasa et al), Rand Corporation, Santa Monica, CA 2017.

**Chapters in the following books**:

"Colombia," <u>Crimes of War: What the Public Should Know</u>, edited by Roy Gutman and David Reiff, W.W. Norton Press, New York, 1999.

"El Chantaje," <u>Los Ojos de la Guerra</u>, edited by Manuel Leguineche and Gervasio Sanchez, Plaza Janes Press, 2000.

"U.S. Military in Latin America," <u>The Globalization of U.S.-Latin American Relations: Democracy, Intervention and Human Rights</u>, edited by Virginia Bouvier, Westport, CT, Praeger, September 2002.

"The Business of Terrorism Finance," <u>Confronting Terrorism Finance,</u> American Foreign Policy Council, 2005.

"The Role of Blood Diamonds in al Qaeda's Financial Structure," <u>Countering the Financing of Global Terrorism</u> , edited by Thomas J. Biersteker and Sue E. Eckert (New York: Routledge Publishers, August 2007).

"Organized Crime in El Salvador: Its Homegrown and Transnational Dimensions," <u>Organized Crime in Central America: The Northern Triangle,</u> Woodrow Wilson International Center for Scholars, Washington, D.C. November 2011.

"Fixers, Super Fixers and Shadow Facilitators: How Networks Connect," <u>Convergence: Illicit Networks and National Security in the Age of Globalization,</u> edited by Michael Miklaucic, Center For Complex Operations, National Defense University, (Forthcoming, June 2013.)

"Convergence in Criminalized States: The New Paradigm," <u>Beyond Convergence: World Without Order,</u> edited by Hilary Malfis and Michael Miklaucic, Center For Complex Operations, National Defense University, November 2017.

Argentina and Chile chapters in <u>The Authoritarian Nexus: How Russia and China Undermine Democracy Worldwide,</u> International Republican Institute, National Endowment for Democracy, April 2024.

**<u>Journal Articles and Studies (</u>**links available at www.ibiconsultants.net**)**:

"Armed Groups: A Tier-One Security Priority," (with Prof. Richard Shultz, Itamara V. Lochard) Air Force Institute for National Security Studies, September 2004.

"The role of conflict diamonds and failed states in the terrorist financial structure," Royal United Services Institute, November 2007

"Winds From the East: How the People's Republic of China Seeks to Influence the Media in Africa, Latin America and Southeast Asia" (with Andy Mosher), National Endowment for Democracy Center for International Media Assistance, October 2010.

"Confronting the News: The State of Independent Media in Latin America," National Endowment for Democracy Center for International Media Assistance, June 2011.

"Terrorist-Criminal Pipelines and Criminalized States: Emerging Alliances," PRISM, Center for Complex Operations, National Defense University, Washington, D.C. June 2011.

"Mapping Transnational Crime in El Salvador: New Trends and Lessons from Colombia," Florida International University Western Hemisphere Security Analysis Center, August 2011.

"Islamist Cyber Networks in Spanish-Speaking Latin America," Florida International University Western Hemisphere Security Analysis Center September 2011:

"Central American Gangs: Changing Nature and New Partners," Journal of International Affairs, Columbia University Journal of International Affairs , November 2012.

"Transnational Organized Crime, Terrorism and Criminalized States in Latin America: An Emerging Tier-one National Security Priority," Strategic Studies Institute, U.S. Army War College, Carlyle, PA, August 2012.

"Ecuador's Role in Iran's Latin American Financial Structure: A Case Study of COFIEC Bank," International Assessment and Strategy Center, March 2013.

"Central America's Northern Triangle: A Time for Turmoil and Transitions," PRISM, Center for Complex Operations, National Defense University, Washington, D.C, June 2013.

"Colombia: Peace and Stability in the Post-Conflict Era," (with Carl Meacham), Center for Strategic and International Studies, March 2014.

"Through the Looking Glass: The Fernández de Kirchner government's narco corruption and the diminished rule of law," International Assessment and Strategy Center, October 2014,

"The Advance of Radical Populist Doctrine in Latin America: How the Bolivarian Alliance is Remaking Military, Dismantling Democracy and Combatting the Empire," PRISM. Center for Complex Operations, National Defense University, Washington, D.C., June 2015.

"Alternative Governance in the Northern Triangle and Implications for U.S. Foreign Policy: Finding Logic Within Chaos," Center for Strategic and International Studies, September 2015.

"Suriname: The New Paradigm of the Criminalized State," (with Kathryn Babineau), Global Dispatch, Center for a Secure Free Society, March 2017.

"Kingpins and Corruption: Targeting Transnational Organized Crime in the Americas," (with Roger Noreiga et al), American Enterprise Institute, June 2017.

"The Evolution of the MS-13 in El Salvador and Honduras," (with Kathryn Babineau), PRISM. Center for Complex Operations, National Defense University, Washington, D.C., September 2017.

"The Rapid Evolution of the MS 13 in El Salvador and Honduras from Gang to Tier-One Threat to Central America and U.S. Security Interests," (with Kathryn Babineau), William Perry Center, National Defense University, Washington, D.C., March 2018.

"A Strategic Overview of Latin America: Identifying New Convergence Centers, Forgotten Territories and Vital Hubs for Transnational Organized Crime," (with Kathryn Babineau) Strategic Perspectives, Center for Strategic Research, National Defense University, January 2019.

"Extra-Regional Actors in Latin America: The United States is not the Only Game in Town," (with Kathryn Babineau), PRISM. Center for Complex Operations, National Defense University, Washington, D.C., February 2019.

"El Salvador's Recognition of the People's Republic of China: A Regional Context," (with Caitlyn Yates), Strategic Perspectives, Center for Strategic Research, National Defense University, March 2019.

"Maduro's Last Stand: Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise," IBI Consultants, Washington, D.C., May 2019.

"Turmoil in the Western Hemisphere: The Role of the Bolivarian Joint Criminal Enterprise in Latin America's Unrest," (with Caitlyn Yates), William Perry Center, National Defense University, Washington, D.C. March 2020.

"The Maduro Regime's Illicit Activities: A Threat to Democracy in Venezuela and Security in Latin America," The Atlantic Council, August 2020.

"How to Make a Billion Dollars Disappear: José Luis Merino, PDVSA, Alba Petróleos and the Bukele Administration's enduring ties to transnational criminal structures," IBI Consultants, September 2020.

"Iran in Latin America: Malign Alliances, 'Super Spreaders,' and Alternative Narratives," (with Alexa Tavarez), Institute for National Strategic Studies, National Defense University, Strategic Perspectives #34, May 2021

"The PRC's Changing Strategic Priorities in Latin America: From Soft Power to Sharp Power Competition," (with Marianne Richardson), Institute for National Strategic Studies, National Defense University, Strategic Perspectives #37, October 2021

"Gangs No Longer: Reassessing Transnational Armed Groups in the Western Hemisphere," (with Marianne Richardson), Institute for National Strategic Studies, National Defense University, Strategic Perspectives #38, May 2022

"Dangerous Alliances: Russia's Strategic Inroads in Latin America," (with Marianne Richardson), Institute for National Strategic Studies, National Defense University, Strategic Perspectives #41, December 2022

"The Remilitarization of Central America: A Comparative and Regional Analysis," with Marianne Richardson et al, IBI Consultants with support of the Rockefeller Brother Fund, September 2023

"Russian Influence Campaigns in Latin America," (with Dr. Román Ortiz et al), United States Institute of Peace (USIP), October 17, 2023

"Fourth Transnational Criminal Wave: New Extra-Regional Actors and Shifting Markets Transform Latin America's Illicit Economies and Transnational Organized Crime Alliances," Florida International University, June 2024.