```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                        Plaintiffs,            16-MC-00405 (LGS)(SN)

      -against-                      **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                        Defendants.
------------------------------------------------------------- X
------------------------------------------------------------- X
OLIVIA PESCATORE, et al.,

                        Plaintiffs,            18-MC-00545 (LGS)(SN)

      -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA, et al.,

                        Defendants.
------------------------------------------------------------X
------------------------------------------------------------X

In re:

                                                 20-MC-00249 (LGS)(SN)

    CLAIMS AGAINST THE
    VALERO-PETROCEDENO
    ACCOUNT

------------------------------------------------------------X
------------------------------------------------------------X
MEUDY ALBAN OSIO, et al.,

                        Plaintiffs,            25-MC-00390 (LGS)(SN)

      -against-

NICOLAS MADURO MOROS, et al.,

                        Defendants.
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

The Court must decide a threshold issue on which counsel is authorized to represent certain Venezuelan state-owned entities in these cases (the "authority-to-represent" issue). See Stansell v. FARC, No. 16-mc-405, ECF Nos. 591, 594, 609 (supplements to briefing initially completed in January 2022); In re Claims Against the Valero-Petrocedeno Account, No. 20-mc-249, ECF Nos. 203, 204, 208, 209 (additional supplements). White & Case LLP argues that the Ad Hoc Board of Petroleos de Venezuela S.A. and the Council for the Administration and Protection of Assets—both created by Venezuela's 2015 National Assembly—authorized it to represent the Venezuelan state-owned entities. See No. 20-mc-249, ECF No. 204 at 1–2. Leon Cosgrove Jimenez LLP and Kellner Herlihy Getty & Friedman LLP (together, "LCJ/Kellner") argue that officers from each of the same entities authorized LCJ/Kellner to provide legal representation. See No. 20-mc-249, ECF No. 203 at 2. The authority-to-represent issue may implicate the decisions of the United States to recognize the legitimate government of Venezuela. In light of recent events in Venezuela, the Court invites the United States to file a statement of interest pursuant to 28 U.S.C. § 517 on (1) the authority-to-represent issue and (2) any other issues raised by the litigation that the United States deems of interest. The United States may file its statement of interest by February 11, 2026. The Clerk of the Court shall serve this order upon the United States Attorney for the Southern District of New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 12, 2026
         New York, New York