

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

February 9, 2026

**<u>Via ECF</u>**
Honorable Sarah Netburn
Chief United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Stansell et al. v. FARC et al.*, 16 Misc. 405 (LGS) (SN)
    *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN)
    *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN)
    *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Chief Magistrate Judge Netburn:

  I write respectfully on behalf of the United States of America to request additional time to respond to the Court's order issued on January 12, 2026, which invited the Government to file a statement of interest pursuant to 28 U.S.C. § 517 by February 11, 2026.  *See* Order, Dkt. No. 612, *Stansell v. FARC*, No. 16 Civ. 405 (LGS) (SN).

  This Office requires additional time to consult with the Department of State and the Department of the Treasury regarding the Court's order, and to obtain approvals within the Department of Justice for any submission.  Accordingly, I respectfully request an extension of time from February 11 to February 25, 2026, for the United States to submit either a statement of interest responsive to the Court's invitation, or a letter advising the Court that the United States does not intend to file such a statement of interest at this time.

  I thank the Court for its consideration of this matter.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

           By: <u>/s/ Samuel Dolinger     </u>
             SAMUEL DOLINGER
             Assistant United States Attorney
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             (212) 637-2677
             samuel.dolinger@usdoj.gov

cc:  Counsel of record (by ECF)