

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2026

February 23, 2026

**Via ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Stansell et al. v. FARC et al.*, 16 Misc. 405 (LGS) (SN)
             *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN)
             *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN)
             *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Judge Netburn:

       I write respectfully on behalf of the United States of America to request additional time to respond to the Court's order issued on January 12, 2026, which invited the Government to file a statement of interest pursuant to 28 U.S.C. § 517 by February 11, 2026. *See* Order, Dkt. No. 612, *Stansell v. FARC*, No. 16 Misc. 405 (LGS) (SN). By order dated February 10, 2026, the Court extended the deadline until February 25. *Id.*, Dkt. No. 618.

       This Office has actively been coordinating with the Department of State, the Department of the Treasury, and the Department of Justice. However, the government requires additional time to consider a response to the Court's order and to obtain approvals for any submission. Accordingly, I respectfully request an extension of an additional two weeks, from February 25 to March 11, 2026, for the United States to submit either a statement of interest responsive to the Court's invitation, or a letter advising the Court that the United States does not intend to file such a statement of interest at this time.

       This is the United States' second request to extend the time to respond to the Court's order. As noted above, the Court granted the first request. *See Stansell*, Dkt. Nos. 617, 618.

---

The government's extension request is GRANTED.
**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                             United States Magistrate Judge

Dated: February 24, 2026
         New York, New York

Page 2

I thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel of record (by ECF)