WHITE & CASE

April 3, 2026

**VIA ECF**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
**T** +1 202 626 3600

**whitecase.com**

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court for the
    Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:     *Stansell v. FARC*, **16-mc-405 (LGS) (SN)**
        *Pescatore v. Pineda*, **18-mc-545 (LGS) (SN)**
        *In re Claims Against the Valero-Petrocedeño Account*, **20-mc-249 (LGS) (SN)**
        *Osio v. Maduro Moros*, **25-mc-390 (LGS) (SN)**

Dear Judge Netburn:

On behalf of White & Case LLP and the team of León Cosgrove Jiménez, LLP and Kellner Herlihy Getty & Friedman LLP ("Counsel"), we write to address the authority-to-represent issue.

On March 11, 2026, the United States filed its Statement of Interest advising the Court that it "is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." ECF 621 at 2. Counsel acknowledge President Rodríguez's authority as the sole Head of State recognized by the United States.

In light of this official recognition, Counsel respectfully request a 45-day stay of these proceedings to allow the clients sufficient time to designate permanent counsel for the entities listed below in this action while ensuring the continued and seamless representation of their interests and protection of their assets in U.S. courts. *See Red Tree Invs., LLC v. Petróleos de Venezuela, S.A.,* No. 19-cv-2519, 2022 WL 17834945, at *1 (S.D.N.Y. Nov. 29, 2022) (noting that the district court had granted a stay "in recognition of the then-developing political landscape in Venezuela"), *report and recommendation adopted*, No. 19-cv-2519, 2023 WL 3004883 (S.D.N.Y. Feb. 23, 2023); *Comparelli v. Boliviarian Republic of Venezuela*, 655 F. Supp. 3d 1169, 1178 (S.D. Fla. 2023) (staying proceedings "due to political issues in Venezuela").

At the conclusion of the stay, the clients expect to designate permanent counsel who will submit to the Court appropriate delegations of authority, thus obviating the need for supplemental briefing on April 9, and resolving all questions of the authority-to-represent issue without further litigation.

Undersigned counsel contacted Plaintiffs' counsel to confer on the stay request. The Caballero, Stansell, and Pescatore plaintiffs do not oppose the requested stay so long as the stay does not apply to their respective pending turnover motions and proceedings against Samark Lopez Bello

**WHITE & CASE**

Hon. Sarah Netburn
April 3, 2026

or his related entities. Counsel for the Osios indicated on a call that he was unable to communicate his clients' position today.

The non-party entities listed below do not waive and expressly preserve any and all rights, privileges, immunities, and defenses, including, without limitation, as to service of process and personal and subject-matter jurisdiction.

Respectfully submitted,

By: *s/ Claire A. DeLelle*
Claire A. DeLelle (N.Y. Bar No. 3941937)
Nicole Erb (N.Y. Bar No. 2974970)
White & Case LLP
701 Thirteenth Street N.W.
Washington, D.C. 20005
(202) 626-6485
claire.delelle@whitecase.com
nerb@whitecase.com

*Counsel for Ministerio del Poder Popular de Economía y Finanzas de la Republica Bolivariana de Venezuela, Banco de Venezuela, Banco Bandes Uruguay S.A., Banco Bicentenario, Banco Universal C.A., Petróleos de Venezuela S.A., Aceites y Solventes Venezolanos Vassa, S.A., PDV Marina, S.A., Petro San Felix, S.A., Petrocedeño, S.A., Petrowarao, S.A., Venezuelan Heavy Industries C.A., Venfleet Ltd., Venfleet Asphalt Ltd., and Venfleet Products Ltd.*

*s/ Marcos Daniel Jiménez*
Marcos Daniel Jiménez
New York Bar No. 4881736
Email: mjimenez@leoncosgrove.com
Stephen S. Stallings
Fla. Bar No. 958859
Email: sstallings@leoncosgrove.com
León Cosgrove Jiménez, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975

*s/ Douglas A. Kellner*
Douglas A. Kellner
Kellner Herlihy Getty & Friedman LLP
470 Park Avenue South - 7th Floor
New York, NY 10016
(212)-889-2121
Fax: (212)-684-6224
Email: dak@khgflaw.com

2

**WHITE & CASE**

Hon. Sarah Netburn
April 3, 2026

*Counsel for Ministerio del Poder Popular de Economía y Finanzas y Comercio Exterior; Petróleos de Venezuela S.A.; Banco de Venezuela S.A., Banco Universal; Banco Central de Venezuela; Banco Bandes Uruguay, S.A.; Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco Universal C.A. (n/k/a Banco Digital de los Trabajadores, Banco Universal C.A.); Petrocedeño, S.A.; Aceites y Solventes Venezolanos Vassa, S.A.; PDV Marina, S.A.; Venfleet Ltd.; Venfleet Asphalt, Ltd.; Venfleet Products Ltd.; Petro San Felix, S.A.; Venezuelan Heavy Industries, C.A.; and Petrowarao, S.A.*

cc:    **All Counsel of Record (by ECF)**