

**Marcos Daniel Jiménez**
305.570.3249
mdj@leoncosgrove.com

May 8, 2026

**VIA ECF**

Hon. Sarah Netburn
Chief United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

Re:    *Stansell v. FARC,* **16-mc-405**
        *Pescatore v. Pineda,* **18-mc-545**
        *In re Claims Against the Valero-Petrocedeño Account,* **20-mc-249**
        *Osio v. Maduro Moros,* **25-mc-390**

Dear Magistrate Judge Netburn:

Pursuant to the Court's Order (*Stansell* ECF 626), we respectfully notify the Court that the team of León Cosgrove Jiménez, LLP and Kellner Herlihy Getty & Friedman, LLP has been designated as permanent counsel in the above-captioned actions by the clients listed below under the United States-recognized administration of President Delcy Rodríguez. White & Case LLP plans to file motions to withdraw its appearances. For the avoidance of doubt, our engagement covers the following Venezuelan state-owned third parties:

1.    Aceites y Solventes Venezolanos Vassa, S.A.;
2.    Banco Bandes Uruguay, S.A.;
3.    Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco Universal, C.A. (n/k/a Banco Digital de los Trabajadores, Banco Universal C.A).
4.    Banco de Venezuela S.A., Banco Universal;
5.    Ministerio del Poder Popular de Economía y Finanzas (República Bolivariana de Venezuela);
6.    PDV Marina, S.A.;
7.    Petro San Felix, S.A.;
8.    Petrocedeño, S.A.;
9.    Petróleos de Venezuela, S.A.;
10.   Petrowarao, S.A.;
11.   Venezuelan Heavy Industries C.A.;
12.   Venfleet Asphalt, Ltd.;

13.    Venfleet Products, Ltd.; and

14.    Venfleet, Ltd.

As stated in our joint letter with White & Case LLP (*Stansell* ECF 625), our engagement obviates the need for supplemental briefing and resolves all questions of the authority-to-represent issue without further litigation in all of the above-captioned cases. We are at the Court's disposal should it require any further information.

By filing this letter, our clients do not waive and expressly preserve any rights and defenses, including but not limited to defenses based on personal jurisdiction, subject-matter jurisdiction, and service of process.

Respectfully submitted,


/s/ *Marcos Daniel Jiménez*
Marcos Daniel Jiménez
New York Bar No. 4881736
Stephen S. Stallings
Fla Bar No. 958859 (*pro hac vice*)
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.570.3249
Email: mdj@leoncosgrove.com

*Counsel for above described Venezuelan State-Owned Third Parties.*