UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

                               :

MEUDY ALBAN OSIO, et al.,              :

                       Plaintiffs,   :

                                 :       25 Misc. 390 (LGS)

            -against-          :

                                 :        **ORDER**

NICOLAS MADURO MOROS, et al.,  :

                    Defendants. :

------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Plaintiffs move for a writ of execution on assets purportedly owned by Petrocedeño S.A. ("Petrocedeño").  The Report and Recommendation dated December 5, 2025, of Magistrate Judge Sarah Netburn (the "Report") recommends granting Plaintiffs' motion, subject to Plaintiffs' filing a revised writ, and appointing a special process server to serve and levy the writ.

WHEREAS, White & Case, as counsel appointed by the Ad Hoc Administrative Board of Petroleos de Venezuela, S.A., opposed Plaintiffs' motion and objected to the Report on behalf of Petrocedeño.  However, White & Case was subsequently granted leave to withdraw from the action, and the team of Leon Cosgrove Jimenez and Kellner Herlihy filed a letter notifying that it had been "designated as permanent counsel [to entities including Petrocedeño] under the United States-recognized administration of President Delcy Rodriguez."  It is hereby

**ORDERED** that, by **June 30, 2026**, the team of Leon Cosgrove Jimenez and Kellner Herlihy shall file a letter on behalf of Petrocedeño stating whether Petrocedeño stands on the previously filed objections to the Report, or whether Petrocedeño withdraws the objections.  It is further

**ORDERED** that, by **June 24, 2026**, Plaintiffs shall serve a copy of this Order on Petrocedeño by email to the team of Leon Cosgrove Jimenez and Kellner Herlihy, and shall file proof of service thereof.

Dated:  June 23, 2026
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**