USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

SCALE LAW

July 9, 2026

**VIA ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Alban Osio v. Maduro Moros*, 25-mc-00390-LGS-SN

Dear Judge Netburn:

We represents Meudy Albán Osio, in her personal capacity and as the personal representative of the Estate of Fernando Alberto Albán, Fernando Albán Osio, Maria Fernando Albán Osio (the "Albán Plaintiffs"), victims of terrorism. In accordance with Section III.E of the Court's published Individual Practices in Civil Cases and ECF Rules & Instructions Section 6, the Alban Plaintiffs respectfully request, via this letter motion, leave to file under seal an *ex parte* motion for writs of execution, including the notice of motion, supporting memorandum and its exhibits, and related Proposed Order. Such relief is necessary because otherwise, competing judgment creditors could attempt to levy on the same blocked assets identified by the Alban Plaintiffs in their *ex parte* motion for writ of execution. Notably, the Alban Plaintiffs seek only a temporary seal, that is, until the Alban Plaintiffs serve their writs of execution upon the third-party holders of the subject blocked assets.

In support of the Alban Plaintiffs' temporary seal request, the Alban Plaintiffs refer this Court to instances in which similar relief was afforded to other similarly situated claimants. *See, e.g.*, Order Granting Letter Motion to Seal, ECF No. 7, *In re Claims Against the Valero-Petrocedeno Account,* No. 20-mc-00249 (S.D.N.Y. Nov. 30, 2020); Order Granting Plaintiff Antonio Caballero's Motion for Temporary Seal, ECF No. 54, *In re Claims Against the Valero-Petrocedeno Account,* No. 20-mc-00249 (S.D.N.Y. Mar. 9, 2021); Order Granting Plaintiff Antonio Caballero's Motion for Temporary Seal, ECF No. 113, *In re Claims Against the Valero-Petrocedeno Account,* No. 20-

The Plaintiffs' sealing request is GRANTED. The motion and all supporting documents, ECF No. 63, will remain under temporary seal until further order of the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 10, 2026
New York, New York

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Jaime Guttman*
Jaime D. Guttman, Esq.