UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEUDY ALBAN OSIO, et al.,

                                25 Misc. 390 (LGS)(SN)

              Plaintiffs / Judgment Creditors,

      -against-

NICOLAS MADURO MOROS, et al.,

              Defendants / Judgment Debtors.
-------------------------------------------------------------X

### NOTICE OF COMPLIANCE WITH THE COURT'S AUGUST 5, 2026 OPINION AND ORDER (ECF No. 66) AND SUBMISSION OF REVISED PROPOSED WRIT OF EXECUTION

PLEASE TAKE NOTICE that, pursuant to the Opinion and Order of the Honorable Lorna G. Schofield dated August 5, 2026 (ECF No. 66) (the "Order"), the Alban Osio Judgment Creditors respectfully submit the revised proposed Writ of Execution attached hereto as Exhibit A, and respectfully request that the Court direct the Clerk of Court to issue it for levy and execution.

Respectfully submitted on August 6, 2026.

                                        */s/ Jaime D. Guttman*
                                        Jaime D. Guttman (*pro hac vice*)
                                        *jaime@scale.law*
                                        Scale Law Partners, LLC
                                        777 Brickell Avenue, Suite 500
                                        Miami, FL 33131
                                        (786) 273-9033 (Main)

                                        *Counsel for Plaintiffs / Judgment Creditors*

1

2

## **CERTIFICATE OF SERVICE**

I certify that I filed this document on August 6, 2026 through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*