IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEUDY ALBAN OSIO, et al.

      Plaintiffs / Judgment Creditors,            1:25-MC-00390 (LGS)(SN)

v.

NICOLAS MADURO MOROS, et al.

      Defendants / Judgment Debtors.

_____

**[~~PROPOSED~~] ORDER**

**UPON DUE AND CAREFUL CONSIDERATION** of Plaintiffs' Application and

Motion for Issuance of a Court-Ordered Writ of Execution and Appointment of a Special

Process Server, and all legal authorities cited therein, including the Terrorism Risk Insurance

Act of 2002 ("TRIA"), § 201(a), 28 U.S.C. § 1610, and supporting expert witness affidavit, it

is **ORDERED AND ADJUDGED** as follows:

(1)     This court has subject matter jurisdiction to conduct post-judgment execution

proceedings of Plaintiffs' final judgment based on acts of terrorism, rendered by the United

States District Court for the Southern District of Florida, and properly registered in this District

pursuant to 28 U.S.C. § 1963, under TRIA § 201.

(2)     Based upon the U.S. Treasury Department's Office of Foreign Assets Control

("OFAC") factual findings and Judgment Creditors' supporting expert witness affidavit, the

court finds that PetroCedeño's assets are collectible under the TRIA, and its blocked assets are

therefore subject to attachment and execution pursuant to TRIA; for the reasons stated in the Opinion & Order entered August 5, 2026

(3)     Plaintiffs' Application and Motion are hereby granted;

(4)     The Clerk of Court is hereby directed to issue the writ of execution in the form attached as Exhibit A hereto ~~attached to Plaintiffs' Application~~ for service and levy on garnishees;

(5)     Plaintiffs' motion for a specially appointed process server is granted, and the Court hereby appoints One World Judicial Services [Phone No. (631) 667-8263], with offices at 172 Brook Ave, Suite A, Deer Park, NY 11729 and 26 Hill St, #113, Southampton NY 11768, as an additional authorized server to serve and levy the court-ordered writ(s) of execution in this action on financial institutions, with affidavits of service to be filed; and

~~(6)     The Clerk of this Court is authorized and directed to issue such further writs in aid of execution as warranted under, and in accordance with, Rule 69 of the Federal Rules of Civil Procedure, consistent with the Court's Order.~~

**SO ORDERED**.

Dated: ~~November~~ August 7, 2026 ~~_____, 2025~~
New York New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2

# EXHIBIT A

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____          DOCKET NO. 1:25-MC-00390 (LGS)(SN)

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of Defendants NICOLAS MADURO MOROS, FUERZAS ARMADAS REVOLUCIONARIA DE COLOMBIA ("FARC"), the CARTEL DE LOS SOLES a/k/a THE CARTEL OF THE SUNS, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, and TAREK WILLIAM SAAB, and any agency or instrumentality thereof, including assets blocked of EMPRESA MIXTA PETROCEDENO, S.A. aka PETROCEDENO S.A., identified in Exhibit 1 hereto, in your district you cause to be made the sum of Two Hundred Seventeen Million ($217,000,000.00), plus post-judgment interest at a rate of 4.806% which is the current outstanding balance on the judgment in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, MEUDY ALBAN OSIO, in her personal capacity and as the personal representative of the ESTATE OF FERNANDO ALBERTO ALBAN, FERNANDO ALBAN OSIO, and MARIA FERNANDA ALBAN OSIO, recovered against NICOLAS MADURO MOROS, FUERZAS ARMADAS REVOLUCIONARIA DE COLOMBIA ("FARC"), the CARTEL DE LOS SOLES a/k/a THE CARTEL OF THE SUNS, VLADIMIR PADRINO LOPEZ, MAIKEL JOSE MORENO PEREZ, NESTOR LUIS REVEROL TORRES, and TAREK WILLIAM SAAB, the said Judgment Debtors, as appears by the record filed in the Clerk's Office of said District Court, on August 7, 2023, under the Florida Anti-Terrorism Act, the Racketeering Influenced and Corrupt Organizations Act, rendered by the U.S. District Court for the Southern District of Florida in *Alban Osio et al v. Maduro Moros,* 21-cv-20706-DPG (S.D. Fla.), and registered in this District pursuant to 28 U.S.C. § 1963 in SDNY Case No. 1: 2024-mc-0450 on the 7th day of October in the year of 2024, and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands so ever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

The last known addresses of the judgment debtors and the above-referenced agency/instrumentality of the judgment debtors are as follows:

| | |
|---|---|
| CARTEL DE LOS SOLES<br>℅ Oliver Antonio Alcala Cordones<br>Putnam County Jail, 3 County Center<br>Carmel, NY 10512 | FARC<br>℅ Juvenal Ovidio Ricardo Palmera Pineda<br>USP Florence Admax, Inmate 27896-016<br>Florence, CO 81226 |
| NICOLAS MADURO MOROS<br>MDC Brooklyn, 80 29th Street<br>Brooklyn, NY 11232 | VLADIMIR PADRINO LOPEZ<br>Ministerio del Poder Popular para la<br>Agricultura Productiva y Tierras > Avenida<br>Urdaneta, Edificio MAT<br>Caracas, Distrito Capital, Venezuela |
| MAIKEL JOSE MORENO PEREZ<br>Palacio de Justicia Tribunal Supremo de<br>Justicia<br>Final Avenida Baralt Esquina de Pilitas,<br>Municipio Libertador<br>Codigo Postal 1010<br>Distrito Capital Caracas, Venezuela | NESTOR LUIS REVEROL TORRES<br>Ministerio del Poder Popular de Relaciones<br>Interiores y Justicia<br>Avenida Urdaneta, Esquina Platanal<br>Código Postal 1010, Distrito Capital<br>Caracas, Venezuela |
| TAREK WILLIAM SAAB<br>Ministerio Publico Fiscal General<br>Avenida Mexico Esquina de Pele el Ojo a<br>Misericordia<br>Codigo Postal 1011, Distrito Capital<br>Caracas, Venezuela | EMPRESA MIXTA PETROCEDENO, S.A.<br>Care Of: Petróleos de Venezuela, S.A.<br>(PDVSA)<br>Edificio Petróleos de Venezuela (Torre Este),<br>Av. Libertador con Calle El Empalme, La<br>Campiña<br>Apdo. 169<br>Caracas 1010-A, Distrito Capital<br>Venezuela |

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court for the Southern District of New York, at the City of New York, on the ___ day of _____ in the year 2026, and of the Independence of the United States the two hundred fiftieth year.

**TAMMI M. HELLWIG, CLERK OF COURT**

By: _____
*Deputy Clerk*

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Plaintiffs, ALBAN OSIO et al.,

-against-

Defendant, NICOLAS MADURO MOROS, ET AL, a "terrorist organization"
who committed "terrorist activity" under 8 U.S.C. § 1182(a)(3)(B)(iii), and any agency or
instrumentality thereof

## EXECUTION AGAINST PROPERTY

Jaime D. Guttman, Esq.
jaime@scale.law
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)
*Attorneys for Plaintiffs*

Borough of Manhattan City of New York

To the U.S. Marshal/Special Process Server:
You will levy and collect Two Hundred Seventeen Million ($217,000,000.00), besides your fees,
etc.

_____
Jaime D. Guttman

# EXHIBIT 1

Blocked accounts held by:

- JPMORGAN CHASE BANK, N.A. related to PETROCEDENO S.A., including but not limited to, Account No. xxxxx2927.  Upon information and belief, the value of the blocked account as of  November 2024 was $167,392,372.30.

- SUMITOMO MITSUI BANKING CORP.*, 277 Park Avenue, New York, NY 10172* Related to PETROCEDENO S.A. including but not limited to (SUN# 144382; OFAC Block Account 346715)

- TCP PETCOKE CORPORATION, *90 Park Avenue, 26th Floor, New York, NY 10016* Related to PETROCEDENO S.A. Upon information and belief, the value of the blocked account in 2019 was $16,710,433.20.