ZUMPANO PATRICIOS
312 Minorca Avenue | Coral Gables, FL 33134
**Ph:** (305) 444-5565 | **Fax:** (305) 444-8588
www.zplaw.com

October 14, 2026

**FILED VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Osio, et al. v. Maduro Moros, et al.,* No. 25-mc-00390-LGS-SN (S.D.N.Y.)

Dear Judge Schofield and Judge Netburn,

Earlier today, Antonio Caballero ("Caballero") filed a letter motion seeking to hold the Osio Petrocedeno Turnover Motion in abeyance until the Pending Lopez Bello Turnover Motion[1] has been fully resolved. ECF No. 73. Therein, Caballero mistakenly wrote that garnishee TCP Petcoke did not respond to an email from Caballero's counsel inquiring as to its position regarding Caballero's requested relief. Caballero thus files this letter to correct the aforementioned and to apprise the Court that counsel for garnishee TCP Petcoke did respond to the email from Caballero's counsel, wherein counsel for TCP Petcoke stated: "No opposition from TCP." *See* email from counsel for TCP Petcoke dated October 7, 2026.

Respectfully Submitted,

*/s/ Nicholas Rostow*
Joseph I. Zumpano (Florida Bar Number: 0056091)
E-mail: jzumpano@zplaw.com
Leon N. Patricios (Florida Bar Number: 0012777)
E-mail: lpatricios@zplaw.com
Nicholas Rostow (New York Bar Number: 18-2590)
E-mail: nrostow@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Tel. (305) 444-5565
*Attorneys for Antonio Caballero*

cc: Counsel of record via ECF.

[1] The "Osio Petrocedeno Turnover Motion" and the "Pending Lopez Bello Turnover Motion" are defined in Caballero's letter motion (ECF No. 73).