USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**MEUDY ALBAN OSIO, et al.,**

**Plaintiffs,**

**-against-**

**NICOLAS MADURO MOROS, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**25-MC-00390 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge.**

In light of the consent from all parties, the parties' request for an extension of time to respond to the Plaintiffs' Motion for a Final TRIA Turnover and Judgment is GRANTED. See ECF Nos. 76, 77, 80.

The parties shall answer or otherwise respond to the Plaintiffs' Motion for a Final TRIA Turnover and Judgment by Monday, November 2, 2026. Plaintiffs shall file any reply by Monday, November 16, 2026.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 76 and 77.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York