**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Case No. 25-mc-00390-LGS-SN

MEUDY ALBAN OSIO, et al.,

Plaintiffs,
v.

NICOLAS MADURO MOROS, et al.,

Defendants.
_______________________________________/

**NON-PARTY PETROCEDEÑO, S.A.'S NOTICE OF**
**CROSS-MOTION TO DISSOLVE WRITS OF EXECUTION**

PLEASE TAKE NOTICE that non-party Petrocedeño, S.A. ("Petrocedeño"), by and through undersigned counsel, and upon the authorities and grounds set forth in its Memorandum of Law in Opposition to Plaintiffs' Motion for a TRIA Turnover Judgment (the "Turnover Motion," DEs 71, 72) filed contemporaneously herewith, respectfully moves to dissolve the Writs of Execution dated August 12, 2026 issued pursuant to the Court's Orders dated August 5, 2026 (DE 66) and August 7, 2026 (DE 68) related to funds in accounts held by JPMorgan Chase Bank, N.A., Sumitomo Mitsui Banking Corporation, and TCP Petcoke Corporation.[1]

---

[1] Petrocedeño appears specially and does not consent to this Court's jurisdiction, and expressly reserves all rights, defenses, privileges, and immunities, including lack of subject-matter and personal jurisdiction, insufficiency of process, and insufficiency of service of process.

Dated: November 16, 2026

Respectfully submitted,

*/s/Stephen S. Stallings*
Stephen S. Stallings
admitted pro hac vice
Fla. Bar No. 958859
Marcos Daniel Jiménez
New York Bar No. 4881736
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Email: sstallings@leoncosgrove.com
*Counsel for Non-Party Petrocedeño, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stephen S. Stallings*
Stephen S. Stallings