USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

SCALE LAW

November 17, 2026

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, New York 10007

**Re: *Osio, et al. v. Maduro Moros, et al.*, No. 25-mc-00390 (LGS) (SN) [rel. 20-mc-00249; 16-mc-00405; 18-mc-00545] — Joint Letter re: Partial Withdrawal of Turnover Motion (ECF Nos. 71, 72) Solely as to Garnishee TCP Petcoke Corporation, and Withdrawal of TCP Petcoke's Opposition (ECF No. 94)**

Dear Judge Netburn:

We write jointly on behalf of the Albán Osio Plaintiffs, and non-party garnishee TCP Petcoke Corporation ("TCP Petcoke"), to advise the Court that the Albán Osio Plaintiffs withdraw their motion for final TRIA turnover **solely** as to TCP Petcoke, and that TCP Petcoke withdraws its opposition to that motion.

On October 5, 2026, the Albán Plaintiffs moved for a final turnover judgment under § 201(a) of the Terrorism Risk Insurance Act ("TRIA") directed to garnishees JPMorgan Chase Bank, N.A. ("JPMorgan"), Sumitomo Mitsui Banking Corporation ("SMBC"), and TCP Petcoke (the "Turnover Motion"). ECF Nos. 71, 72. On November 16, 2026, TCP Petcoke opposed the Turnover Motion on the ground, among others, that the debt it may owe to Petrocedeño, S.A. is authorized under Office of Foreign Assets Control ("OFAC") General License No. 9H, 31 C.F.R. pt. 591 (Oct. 18, 2023), and therefore is not a "blocked asset" subject to execution under TRIA.

In light of the representations and consent from both parties, the Plaintiffs' and TCP Petcoke Corporation's joint request is GRANTED. The Plaintiffs' motion for final TRIA turnover is withdrawn solely as to TCP Petcoke Corporation, and TCP Petcoke Corporation's opposition to the motion for final TRIA turnover is reciprocally withdrawn.

The Clerk of the Court is respectfully directed to note on the docket that the motion at ECF No. 71 is withdrawn solely as to TCP Petcoke Corporation and that ECF No. 94 is withdrawn in its entirety.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 19, 2026
New York, New York

Respectfully submitted,

SCALE LAW PARTNERS, LLC

*/s/ Jaime D. Guttman*
Jaime D. Guttman
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)
jaime@scale.law

*Counsel for Plaintiffs / Judgment Creditors*

WILLKIE FARR & GALLAGHER LLP

*/s/ Samuel Hall* (with permission)
Samuel Hall
1875 K Street N.W.
Washington, DC 20006
(202) 303-1000
SHall@willkie.com

Andrew Lichtman
William J. Montemarano
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
ALichtman@willkie.com
WMontemarano@willkie.com

*Counsel for Non-Party Garnishee TCP Petcoke Corporation*

cc: All counsel of record (via ECF)

**SO ORDERED:**

____________________________
HON. SARAH NETBURN
United States Magistrate Judge

Dated: New York, New York
____________, 2026